TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN (Cal. Bar No. 190414)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>ONE 2017 MASERATI LEVANTE AND $197,711.79 IN U.S. CURRENCY,<br><br>    Defendants. | No. 2:21-CV-3473<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>18 U.S.C. § 981(a)(1)(C)<br><br>[USPIS] |

Plaintiff United States of America ("the government") brings this claim against the defendants One 2017 Maserati Levante and $197,711.79 in United States Currency, and alleges as follows:

JURISDICTION AND VENUE

1. The government brings this in rem civil forfeiture action pursuant to 18 U.S.C. § 981(a)(1)(C).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

1

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff is the United States of America.

5. The defendants are (1) One 2017 Maserati Levante (the "defendant vehicle"), registered to Robert Sloan Mateer ("Mateer") and seized on October 1, 2020 by law enforcement officers at Colorado Boulevard near Fair Oaks Avenue in Pasadena, California; and (2) $197,711.79 in U.S. Currency, also seized on October 1, 2020 from the defendant vehicle.

6. The defendants are currently in the custody of the United States Marshals Service in this District, where they shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Mateer and Sarah Taylor Brown ("Brown") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8. On October 1, 2020, at approximately 8:48 a.m., Pasadena Police Department ("PPD") Officer Craig Blumenthal was on duty in Pasadena, California, in uniform, and was using a distinctly marked PPD motorcycle. Officer Blumenthal had just finished making a traffic stop on Colorado Boulevard, west of Raymond Avenue facing eastbound, when he observed the defendant vehicle traveling east on Colorado Boulevard approaching Officer Blumenthal's location. Officer Blumenthal observed the defendant vehicle make a U-Turn mid-block to head westbound, despite a "No U-Turn" sign posted mid-block, in violation of California Vehicle Code section 21461(a). Officer Blumenthal

mounted his motorcycle, activated his emergency lights, and made a U-Turn in an attempt to make an enforcement stop on the defendant vehicle. When Officer Blumenthal arrived at the intersection of Colorado Boulevard and Fair Oaks Avenue, he observed the defendant vehicle make another U-Turn in violation of California Vehicle Code 21461(a). As Officer Blumenthal pulled behind the defendant vehicle, he had difficulty seeing how many people were inside due to the extremely dark tinted windows. As Officer Blumenthal pulled in behind the defendant vehicle, he saw the driver side door and passenger side door of the defendant vehicle simultaneously open.

9. As Mateer started to exit the defendant vehicle from the driver side door, Officer Blumenthal told Mateer to stay in the car so he could explain the traffic stop to him. As Officer Blumenthal began to explain the reason for the stop, Brown exited the defendant vehicle from the passenger side door and walked eastbound on the south sidewalk.

10. Officer Blumenthal asked Mateer for his driver's license, and Mateer responded that his wallet was stolen. When Officer Blumenthal asked Mateer if he had his registration, Mateer opened the glovebox, pulled out a stack of papers, and handed Officer Blumenthal a piece of paper. Officer Blumenthal looked at the paper, which was not the registration, and told Mateer that the paper was not the registration.

11. Mateer then went back into the glovebox to grab more paperwork and told Officer Blumenthal that he had just purchased the defendant vehicle approximately two or three weeks ago. As Mateer was pulling more paperwork out of the glovebox and

3

talking to Officer Blumenthal, Officer Blumenthal saw the "butt" of a handgun in the glovebox. Officer Blumenthal immediately drew his gun, ordered Mateer to show his hands and not move, and radioed for assistance. While waiting for additional officers to arrive, Mateer first told Officer Blumenthal that the gun in the glovebox was not a real gun, then claimed that the gun in the glovebox did not belong to him. Mateer was eventually detained without incident and consented to a search of the defendant vehicle.

12. Inside the defendant vehicle officers found approximately 218.32 gross grams of methamphetamine, a loaded firearm with no serial number (commonly referred to as a "ghost gun"), approximately 17 California Employment Development Department ("EDD") benefit cards embossed with various names[1], and approximately $197,711.79 in United States currency (<u>i.e.</u>, the defendant currency). PPD subsequently executed a search warrant at Mateer's residence and recovered EDD documents, ATM withdrawal receipts, a counterfeit postal arrow key[2], and additional digital devices.

---

[1] An EDD benefit card is a pre-loaded debit-style card sent to a claimant who completes an online application which includes the claimant's personal information and requires a weekly certification that the claimant is unemployed and eligible for benefits.

[2] Postal "arrow keys" are keys used by U.S. Postal Service ("USPS") mail carriers to unlock USPS arrow locks in order to gain access to neighborhood delivery collection box units, housing complexes, or apartment buildings and deliver mail to the respective mailboxes found inside — most commonly found in a mailbox panel. Postal arrow keys are also sometimes used to gain access to mail collection boxes in a specific area. A postal arrow key is not for use by, or available to, the general public.

13.   During an interview of Mateer at the PPD Jail, Mateer told PPD officers that he used profiles[3] to apply for EDD benefits online (in names other than his) and that he mailed and retrieved EDD cards at various locations in the area.  Mateer stated that each EDD card was worth $14,500 in benefits.  Mateer estimated that he had $200,000 in the defendant vehicle at the time of his arrest and guessed that it took him approximately two months to withdraw that amount of money.  Mateer also admitted to spending a lot of money and informed officers that he spent between fifty and eighty thousand dollars over the past few months.  Mateer told officers that he purchased the defendant vehicle for $40,000, which was below market value because it had a salvage title and that EDD funds "contributed" to the purchase of the defendant vehicle.

       14.   Based on the above, the government alleges that the defendants constitute or are derived from proceeds traceable to one or more violations of 18 U.S.C. § 1029 (access device fraud), which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B).  The defendants are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

       WHEREFORE, plaintiff United States of America prays:

       (a)   that due process issue to enforce the forfeiture of the defendants;

       (b)   that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

---

[3] Profiles contain various personal identifying information of individuals to include name, date of birth, address, telephone number and social security number.

     (c) that this Court decree forfeiture of the defendants to the United States of America for disposition according to law; and

     (d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: April 23, 2021
TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**VERIFICATION**

I, Kimberly Granger, hereby declare that:

1. I am a Postal Inspector with the United States Postal Inspection Service ("USPIS") and am the case agent for the forfeiture matter entitled <u>United States v. One 2017 Maserati Levante and $197,711.79 in United States Currency</u>.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 21, 2021 in Pasadena, California.

*/s/ Kgrang*
Kimberly Granger
Postal Inspector - USPIS